David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiff,
STEVEN P.

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN P., <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; AMN HEALTHCARE SERVICES INC.; and DOES 1 through 10, <br><br> Defendants. | Case No. 3:22-cv-02537-WHO <br><br> **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

---

1

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL          CASE NO. 3:22-cv-02537-WHO**

The parties to the above-captioned litigation, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff **Steven P.** has reached a confidential agreement to settle and resolve his claims against Defendants **Anthem Blue Cross Life and Health Insurance Company** and **AMN Healthcare Services, Inc.** related to the above-captioned matter;

NOW, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff **Steven P.** and Defendants **Anthem Blue Cross Life and Health Insurance Company** and **AMN Healthcare Services, Inc.** hereby jointly stipulate to the dismissal of this action, with prejudice. Each party is to bear its own respective costs and attorneys' fees associated with the action.

**IT IS SO STIPULATED.**

Dated: January 31, 2023              Respectfully submitted,

**DL LAW GROUP**

By: /s/ *David M. Lilienstein*\*
David M. Lilienstein
Katie J. Spielman
Attorneys for Plaintiff, STEVEN P.

\*Under Local Rule 5-1(i)(3) the filer attests that all signatories have concurred in the filing of this document.

Dated: January 31, 2023              **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ *Jacob Kozaczuk*
CHAD FULLER
JACOB KOZACZUK
Attorneys for Defendant
ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; AMN HEALTHCARE SERVICES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February 1, 2023                    _____
                                             Hon. William H. Orrick